## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**A P P E A R A N C E**

**Case Number** 08cr351 (GEL)

_____

UNITED STATES OF AMERICA

*vs.*

LOUIS OSCAR REYES DILONE,

        Defendant.

Enter my appearance as counsel in this case for

LOUIS OSCAR REYES DILONE

I certify that I am admitted to practice in this court.

Date   August 25, 2008                              /s/

                                    Geoffrey S. Stewart          GSS9266

                                    Print Name

                                    350 BROADWAY, SUITE 700

                                    NEW YORK, NY 10013

                                    212-625-9696          212-625-3939 fax