UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                                          :       **ORDER**
v.                                                       :
                                                                         :       18 CR 237-03 (VB)
LUIS OSCAR REYES,                  :       08 CR 351-05 (VB)
                                  Defendant.        :
--------------------------------------------------------x

      Defense counsel has requested a 60 to 90 day adjournment of sentencing in case number 18 CR 237-03.  Accordingly, sentencing is adjourned to July 13, 2020, at 2:30 p.m.

      The next status conference in the pending violation of supervised release matter (08 CR 351-05) is also adjourned to July 13, 2020, at 2:30 p.m.

Dated: April 20, 2020
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge