UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     18 CR 237-03 (VB)
LUIS OSCAR REYES,                 :     08 CR 351-05 (VB)
                    Defendant.    :
-----------------------------------------------------x

Defense counsel has requested a further adjournment of sentencing in case number 18 CR 237-03 (Doc. #80).  **Accordingly, sentencing is adjourned to August 26, 2020, at 2:30 p.m.**

The next status conference in the pending violation of supervised release matter (08 CR 351-05) is also adjourned to August 26, 2020, at 2:30 p.m.

The Court is hopeful, but not certain, that it will be able to conduct this proceeding in person in the courtroom.  **Counsel are directed to contact chambers no later than August 5, 2020, to ascertain the status of same.**  In the event the Court cannot conduct the sentencing in person, the Court will issue an appropriate order at that time.

Dated: June 18, 2020
       White Plains, NY

                              SO ORDERED:


                              _____
                              Vincent L. Briccetti
                              United States District Judge