UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                              :
                                                                              :          **ORDER**
v.                                                                           :
                                                                              :          18 CR 237-03 (VB)
LUIS OSCAR REYES,                                       :          08 CR 351-05 (VB)
                           Defendant.                        :
--------------------------------------------------------------x

**The upcoming sentencing in case number 18 CR 237-03 and the status conference in the pending violation of supervised release matter (08 CR 351-05) have been re-scheduled for November 9, 2020, 2020, at 9:30 a.m.**  The Court expects to conduct these proceedings in person in the Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  The questionnaire is located on the Court's website at:  https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf.  Completing the questionnaire online and ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact Chambers if you do not meet the requirements.

Dated:  August 13, 2020
            White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge