3|18|21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

      v.

LUIS OSCAR REYES,
               Defendant.
------------------------------------------------------------x

**ORDER**

18 CR 237-03 (VB)
08 CR 351-05 (VB)

Sentencing in the above matters is scheduled for March 31, 2021 at 2:30 p.m. The Court will conduct the sentencing in person in the Courthouse in courtroom 520.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 18, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge